ILVA LAMIERE E TUBI S.R.L. and
Ilva S.p.A. (now collectively Ilva
S.p.A), Plaintiffs,

v.

UNITED STATES, Defendant–
Appellant,

and

United States Steel Corporation,
Defendant.

No. 04–1415.

United States Court of Appeals,
Federal Circuit.

Feb. 10, 2005.

Before MICHEL, Chief Judge,
BRYSON and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

VALENZUELA ENGINEERING,
INC., Appellant,

v.

Gordon R. ENGLAND, Secretary
of the Navy, Appellee.

No. 04–1394.

United States Court of Appeals,
Federal Circuit.

Feb. 10, 2005.

Before MICHEL, Chief Judge,
BRYSON, and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.